IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MIKAYLA MARIE SHIVELY, | ) Case No. 4:24-CV-01341 |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| v. | ) MAGISTRATE JUDGE GREENBERG |
| COMMISSIONER OF SOCIAL SECURITY, | ) **ORDER ADOPTING REPORT & RECOMMENDATION** |
| Defendant. | ) |

On April 9, 2025, Magistrate Judge Greenberg filed a report and recommendation ("R&R") recommending the final decision of the Commissioner be VACATED and REMANDED pursuant to 42 U.S.C. § 405(g) sentence four, for further proceedings. ECF Doc. 10. On April 14, 2025, the Commissioner of Social Security filed a response to the R&R stating that he would not be filing an objection to the R&R. ECF Doc. 11.

The Court has reviewed Magistrate Judge Greenberg's R&R and agrees that the Commissioner's decision should be vacated and remanded. The Court ADOPTS the R & R (ECF Doc. 10) in full, VACATES the Commissioner's decision, and REMANDS the case pursuant to 42 U.S.C. § 405(g) sentence four, for further proceedings consistent with the R&R.

IT IS SO ORDERED.

Dated: April 14, 2025

*s/Dan Aaron Polster*
United States District Judge